ABBOTT A. LANE, Appellant, *v.* MACDONALD BROS., INC., Respondent.

Submitted May 17, 1954; decided May 27, 1954.

*Simon Klein* for motion.

*Sidney Kramer* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.